## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDITH L. HOFFEDITZ, :<br>Individually and as Executor and Executor<br>ad Prosequendem of the Estate of<br>GERALD L. HOFFEDITZ,<br><br>                                  Plaintiffs,<br><br>      v.<br><br>AM GENERAL LLC, et.al.,<br>                                Defendants. | Civil Action<br><br>2:09-CV-00257-CCC-JAD<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE, that Adam A. DeSipio, Esquire, of the firm of DLA Piper LLP (US), hereby enters an appearance in the above captioned matter on behalf of, and as counsel for, Defendant AM General LLC (incorrectly identified as AM General, LLC, individually and as successor-in-interest to AM General Corporation), and respectfully requests that all notices and other papers in this action be served upon him at the address listed below.

                                        Respectfully submitted,

                                        **DLA PIPER LLP (US)**

                                        */s/ Adam A. DeSipio*
                                        Adam A. DeSipio (NJ #047271993)
                                        1650 Market Street, Suite 4900
                                        Philadelphia, PA  19103-7300
                                        Phone:  (215) 656-3300
                                        Fax:  (215) 606-3301
                                        Email:  adam.desipio@dlapiper.com

Dated: January 24, 2017                    Attorneys for Defendant AM General LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of January, 2017, this Notice of Appearance was electronically filed with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system and I further certify that true and correct copies thereof were forwarded via the Court's ECF system to all counsel of record.

*/s/ Adam A. DeSipio*